**UNITED STATES of America,**
**Appellee,**

v.

**Santos Fidel PORTILLO, Appellant.**

**No. 06–3911.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 7, 2008.

Filed: May 27, 2008.

■

John S. Courter, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Santos Fidel Portillo, Rochester, MN, pro se.

Michael H. Said, Des Moines, IA, for Appellant.

Before MURPHY, JOHN R. GIBSON, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Santos Fidel Portillo was found guilty by a jury of conspiring to distribute and distributing methamphetamine. After this court twice vacated his sentence and remanded for resentencing, the district court[1] imposed a 188–month prison sentence. On his now third appeal, Portillo argues that the district court erred in denying him the opportunity to object to the obstruction-of-justice enhancement be-

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

cause this court did not specifically resolve the issue in either of its remands.

We conclude that the district court properly refrained from considering the issue, as it could have been raised in Portillo's first appeal. *See United States v. Thompson*, 335 F.3d 782, 784–85 (8th Cir.2003). Accordingly, the judgment is affirmed.